**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

No. 99-40992
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

PANCHO RODRIGUEZ-VILLA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-99-CR-118-1

_____

March 14, 2000

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Panco Rodriguez-Villa has filed a motion to withdraw and a brief as required by _Anders v. California_, 386 U.S. 738 (1967). Rodriguez-Villa has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, the motion to withdraw is granted, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. _See_ 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.